UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYRONE RICHARD WATKINS,

        Petitioner,

  -vs-

UNITED STATES OF AMERICA,

        Respondent.

_____/

Crim. Case No. 10-CR-20545

Hon. AVERN COHN

### RESPONSE TO MOTION TO VACATE SENTENCE PURSUANT TO 28 U.S.C. § 2255

The United States of America, through its undersigned counsel, respectfully requests the Court to deny Petitioner Watkins's Motion to Vacate Sentence Pursuant to 28 U.S.C. § 2255. In support of this response, the government submits the attached brief.

        Respectfully submitted,

        BARBARA L. McQUADE
        United States Attorney

        *s/Eaton P. Brown*
        EATON P. BROWN
        Assistant U.S. Attorney
        211 West Fort Street, Suite 2001
        Detroit, MI   48226
        313.226.9184
        Eaton.Brown@usdoj.gov
        P66003

Dated: January 13, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYRONE RICHARD WATKINS,

                                        Crim. Case No. 10-CR-20545

    Petitioner,

 -vs-

                                        Hon. AVERN COHN

UNITED STATES OF AMERICA,

    Respondent.

_____/

**BRIEF IN SUPPORT OF RESPONSE TO**
**<u>MOTION TO VACATE SENTENCE</u>**

On May 2, 2011, the Court accepted Watkins's guilty plea pursuant to a Rule 11 plea agreement to five counts of bank robbery, and one count of using a firearm during and in relation to a crime of violence. (R. 18: Plea Agreement). As part of the agreement, the parties stipulated to a sentence of 240 months imprisonment, rather than the 107-year mandatory minimum sentence to which Watkins was exposed under his indictment. (*See id.;* R:12: Acknowledgment of Ind.) The Court imposed sentence on October 31, 2011. (R. 21: Judgment). Watkins then appealed his conviction and sentence which the Court of Appeals later denied on September 12,

2012. (R. 27: Order, U.S. Court of Appeals). On December 23, 2012, Petitioner filed this motion for relief under 28 U.S.C. Section 2255. (R. 28: Motion to Vacate Sentence).

## LAW AND ARGUMENT

I.   WATKINS'S MOTION TO VACATE SENTENCE IS BARRED BY THE ONE YEAR STATUTE OF LIMITATIONS IN 28 U.S.C. § 2255.

For motions filed under § 2255, defendants have one year in which to seek relief. *See 28 U.S.C. § 2255(f)*. The one year period starts to run from the date on which the judgment becomes final. *Id*. A judgment becomes final on the date the Supreme Court affirms the petitioner's conviction or denies a petition for *certiorari* or when the time for filing a petition for *certiorari* expires. *See Clay v. U.S.*, 537 U.S. 522, 525 (2003). For defendants who have perfected an appeal, the one-year clock begins to run with the expiration of the 90-day certiorari period.  *Id*.

Watkins did not petition the Supreme Court for a writ of certiorari, therefore his one year period commenced when his certiorari period expired on December 11, 2012-- 90 days after the 6th Circuit's September 12, 2012 mandate. (R. 27: Order from U.S. Court of Appeals). Watkins failed to file his § 2255 until December 23, 2012 – nearly two weeks after his judgment of sentence became final. Watkins's filing of this petition is therefore time-barred and must be denied.

WHEREFORE, for the reasons set forth above, the United States respectfully

2

moves this honorable court to deny Petitioner's motion.

          Respectfully submitted,

          BARBARA L. McQUADE
          United States Attorney


          *s/Eaton P. Brown*
          EATON P. BROWN
          Assistant U.S. Attorney
          211 West Fort Street, Suite 2001
          Detroit, MI   48226
          313.226.9184
          Eaton.Brown@usdoj.gov
          P66003

Dated: January 13, 2014

## **CERTIFICATE OF SERVICE**

      I hereby certify that on, January 13, 2014, I electronically filed the foregoing paper, RESPONSE TO MOTION TO VACATE SENTENCE with the Clerk of the Court using the ECF system.

          *s/Eaton P. Brown*
          EATON P. BROWN
          Assistant U.S. Attorney
          211 West Fort Street, Suite 2001
          Detroit, MI   48226
          313.226.9184
          Eaton.Brown@usdoj.gov
          P66003