UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,                          Case Number 10-20545

v.                                           Honorable David M. Lawson

TYRONE RICHARD WATKINS,

           Defendant.

_____/

**ORDER DENYING MOTION FOR RECONSIDERATION AND
DISMISSING AS MOOT MOTION TO APPOINT COUNSEL**

This matter is before the Court on the defendant's "renewed motion for compassionate release," which the Court construes as a motion for reconsideration of its August 11, 2020, order denying his motion for compassionate release, and his motion for the appointment of counsel. *See* ECF No. 66. However, motions for reconsideration must be filed within 14 days after the entry of the challenged order, and the defendant filed his motion almost four months later, on December 7, 2020. E.D. Mich. LR 7.1(h)(1). The Court observes that the defendant appealed the Court's August 2020 decision, but on January 6, 2021, the United States Court of Appeals for the Sixth Circuit dismissed the case for want of prosecution. The Court finds the defendant's motion is untimely, and therefore will deny the motion for reconsideration and dismiss as moot the motion for the appointment of counsel.

Accordingly, it is **ORDERED** that the defendant's motion for reconsideration (ECF No. 70) is **DENIED**.

It is further **ORDERED** that the defendant's motion for the appointment of counsel (ECF

No. 71) is **DISMISSED AS MOOT**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated:   January 7, 2021